**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID VILLA** * | |
|     **PLAINTIFF** * | |
| * | **CIVIL ACTION NO.** |
| vs. * | **3:07-cv-00572-RET-DLD** |
| * | |
| **NATIONAL ENTERPRISE SYSTEMS, INC.** * | |
|     **DEFENDANT** * | |

# NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

**NOW INTO COURT**, through undersigned counsel, comes David Villa, plaintiff herein, who dismisses this matter pursuant to Rule 41(a)(1)(i), with prejudice.

        **BY ATTORNEY:**

        s/Garth J. Ridge
        **GARTH J. RIDGE**
        Attorney for Plaintiff
        Bar Roll Number: 20589
        251 Florida Street, Suite 301
        Baton Rouge, Louisiana 70801
        Telephone Number: (225) 343-0700
        Facsimile Number: (225) 343-7700
        E-mail: GarthRidge@aol.com